**STATE of Missouri, Respondent,**

v.

**Thomas Joseph PRESLEY, Appellant.**

**WD 78510**

Missouri Court of Appeals, Western District.

ORDER FILED: JUNE 21, 2016

William Swift, Columbia, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Thomas Presley was convicted of first degree murder and the class A felony of abuse of a child resulting in death. He appeals, arguing that the trial court erred in overruling his objection to the submission of Instruction 6 to the jury (relating to the first degree murder charge), as well as in overruling his motion to dismiss Count II (relating to the child abuse charge). We affirm. Rule 30.25(b).